IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SHENZHEN SAILVAN ECOMMERCE CO., LTD. and HONGKONG LINEMART LIMITED,<br><br>    Defendants. | Case No. 18-cv-03341<br><br>**Judge Andrea R. Wood**<br><br>**Magistrate Judge Sheila M. Finnegan** |

**PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER DIRECTING
SERVICE OF PROCESS ABROAD PURSUANT TO FED. R. CIV. P. 4(f)**

Plaintiff Oakley, Inc. ("Oakley" or "Plaintiff") seeks entry of an order directing service of process abroad pursuant to Fed. R. Civ. P. 4(f). A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 20th day of June 2018.  Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Oakley, Inc.*